IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 11-84C

(Filed: December 15, 2016)

| | |
|---|---|
| LIBERTY AMMUNITION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) ) |

ORDER FOR DISMISSAL

On December 9, 2016, the court received the mandate of the United States Court of Appeals for the Federal Circuit affirming in part, reversing in part, and vacating in part the judgment previously entered in this case on December 19, 2014.  In light of the decision of the court of appeals, *Liberty Ammunition, Inc. v. United States*, 835 F.3d 1388 (Fed. Cir. 2016), that "the government has not violated Liberty's patent rights under § 1498," *id*. at 1401, and "Liberty cannot prevail on its breach of contract claim," *id*. at 1403, the case must be dismissed.

The clerk is directed to enter judgment in accord with this disposition.

Congruent with the decision of the court of appeals, *Liberty Ammunition*, 835 F.3d at 1403, neither party shall recover costs.

It is so ORDERED.

                                                    s/ Charles F. Lettow
                                                    Charles F. Lettow
                                                    Judge